# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT K. SULLIVAN, *et al.* | § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:20-cv-02236 |
| v. | § § | *Consolidated with:* |
| STEWART A. FELDMAN, *et al.* | § § | Civil Action No. 4:21-cv-00658 |
| | § § | & |
| *Defendants.* | § § § | Civil Action No. 4:21-cv-00682 |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Benjamin F. Foster of the law firm Foster Yarborough PLLC hereby appears as counsel on behalf of PoolRe Insurance Corporation ("PoolRe") in Civil Action No. 4:21-cv-00658 and Civil Action No. 4:21-cv-00682. Benjamin F. Foster of the law firm Foster Yarborough PLLC is also entering an appearance on behalf of PoolRe's Directors, Stephen Friedman, Robert Snyder, and Dana Moore (collectively, the "Directors") in Civil Action No. 4:21-cv-00658.

This notice is being filed in Cause No. 4:20-cv-02236, under which Cause Nos. 4:21-cv-00658 and 4:21-cv-00682 have been consolidated. However, since neither PoolRe nor its Directors are presently parties in Civil Action No. 4:20-cv-02236, an appearance is not being entered in that matter at this time. Additionally, as the Directors are not parties in Civil Action No. 4:21-cv-00682, an appearance is not being entered for them in that matter at this time.

Please add Mr. Foster to your list of service of all papers pertaining to the above referenced actions at the following street and email address:

Benjamin F. Foster
Texas Bar No. 24080898
Southern ID No. 1998308
ben@fosteryarborough.com
**FOSTER YARBOROUGH PLLC**
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

Dated: May 18, 2022                                           Respectfully submitted,

*/s/ Benjamin F. Foster*
Benjamin F. Foster
Texas Bar No. 24080898
Southern ID No. 1998308
ben@fosteryarborough.com
**FOSTER YARBOROUGH PLLC**
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Counsel for consol. Plaintiffs PoolRe Insurance Corporation, Stephen Friedman, Robert Snyder, and Dana Moore*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Southern District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

*/s/ Benjamin F. Foster*
Benjamin F. Foster