IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT SULLIVAN, FRANK DELLACROCE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-20-2236 |
| STEWART A. FELDMAN, THE FELDMAN LAW FIRM LLP, *et al.*, | § § § § | |
| Defendants. | § § | |

**ORDER**

The Feldman and Capstone parties have moved to alter or amend the court's partial judgment, which was issued on March 7, 2023. (Docket Entry No. 176). The motion is denied. The basis for the motion is that the court did not issue judgment on the Glasser Award. That is inaccurate. The court issued opinions as to the relevant awards on December 20, 2022, (Docket Entry No. 153); January 11, 2023, (Docket Entry No. 155); and March 7, 2023, (Docket Entry No. 173). Partial judgment was entered by a separate document referencing these opinions. (Docket Entry No. 174).

The Feldman and Capstone parties have also moved to stay all efforts to enforce or collect on the final judgment pending appeal, without requiring a bond, or at least a reduced bond. (Docket Entry No. 182). This motion is also denied because the Feldman and Capstone parties fail to furnish information about any inability to pay and because they have a history of attempting to evade money judgments. The bottom line is that every arbitrator and this court found that the Feldman and Capstone parties committed fraud and owe the plaintiffs a substantial amount of money. Success on appeal is unlikely to avoid any obligation by the Feldman and Capstone to pay

the plaintiffs an amount of money. Given the years of delay that the Feldman and Capstone parties have already achieved, and given the current posture of the case, the court will not further postpone efforts to collect on this judgment. The motions to alter or stay the judgment are denied.

SIGNED on June 14, 2023, at Houston, Texas.

                                                                          _____
                                                                                       Lee H. Rosenthal
                                                                                   United States District Judge